Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Daniel RAUSCH |
| **Docket Number:** | 2:04CR00159-01 |
| **Offender Address:** | San Francisco, California |
| **Judicial Officer:** | Honorable Frank C. Damrell, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 10/08/2002 |
| **Original Offense:** | 18 USC 1029(a)(2) - Use of Unauthorized Access Device & 18 USC 1546(a) - Fraud and Misuse of Passport (CLASS C FELONIES) |
| **Original Sentence:** | 27 months custody of the Bureau of Prisons; 3 years supervised release; $112,405.35 restitution; $200 special assessment |
| **Special Conditions:** | Warrantless search; Drug aftercare; Mental health treatment; Financial disclosure |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 08/12/2005 |
| **Assistant U.S. Attorney:** | Robert Tice-Raskin     **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Dennis Waks     **Telephone:** (916) 498-5700 |

**Other Court Action:**

<u>**11/20/2003**</u>:   Conditions modified requiring the releasee to serve a 60-day period on home detention with electronic

**RE:  Daniel RAUSCH**
    **Docket Number:  2:04CR00159-01**
    **PETITION TO MODIFY THE CONDITIONS OF**
    **SUPERVISION WITH CONSENT OF THE OFFENDER**

|  |  |
|---|---|
|  | monitoring.  The modification was a result of the releasee testing positive for methamphetamine. |
| **04/22/2004:** | Jurisdiction transferred from the Northern District of California to the Eastern District of California. |
| **05/23/2004:** | Supervised release revoked due to the releasee's failure to provide urine samples, failure to report to drug counseling, failure to report for urine testing and failure to abstain from illegal drug use.  The releasee was sentenced to 5 months custody of the Bureau of Prisons and a 24-month term of supervised release.  Special conditions:  Warrantless search;  Financial disclosure; Drug/alcohol treatment and testing; Mental health treatment;  90 days residence in a Community Corrections Center. |

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1)   The releasee shall reside and participate in a Community Corrections Center for a period of up to 120 days, as directed by the probation officer.

**Justification:**  Mr. Rausch is currently residing in Cornell Pre-Release in San Francisco, California, as a condition of his supervised release.  His supervised release term commenced on August 12, 2005.  He has requested he be allowed to reside in the facility after his scheduled release date of November 9, 2005, as a "Public Law" placement.

Mr. Rausch's initial plan to release to his brother's home in Lodi, California, failed to materialize.  He does not have a suitable release plan at this time and he needs additional time at the facility where he is currently residing.  He has recently applied for Social

RE:   Daniel RAUSCH
      Docket Number:  2:04CR00159-01
      **PETITION TO MODIFY THE CONDITIONS OF**
      **SUPERVISION WITH CONSENT OF THE OFFENDER**

Security benefits and he will need these funds to enable him to pursue further release planning.

Based on the above, it is respectfully recommended conditions of supervised release be modified as recommended. A signed Waiver of Hearing to Modify Conditions of Supervised Release form is on file, which indicates Mr. Rausch's willingness to have his conditions modified without a court hearing.

Respectfully submitted,

RICHARD W. ELKINS
United States Probation Officer
Telephone:  (916) 683-3324

DATED:   November 2, 2005
         Elk Grove, California
         RWE:jz

REVIEWED BY: _____
             DEBORAH A. SPENCER
             Supervising United States Probation Officer

**RE:   Daniel RAUSCH**
**      Docket Number:  2:04CR00159-01**
**      PETITION TO MODIFY THE CONDITIONS OF**
**      SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( x )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

| November 7, 2005 | /s/Frank C. Damrell, Jr. |
|---|---|
| **Date** | **Signature of Judicial Officer** |

cc:   United States Probation
      Robert Tice-Raskin, Assistant United States Attorney
      Dennis Waks, Assistant Federal Defender
      Defendant
      Court File

Attachment:   Presentence Report